FILED by **TB** D.C.

**Apr 9, 2015**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 15-20239-CR-UNGARO/OTAZO-REYES
### CASE NO._____

**18 U.S.C. § 1029(a)(3)**
**18 U.S.C. § 1030(a)(2)(C)**
**18 U.S.C. § 1030(c)(2)(B)(i)**
**18 U.S.C. § 1029(a)(2)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 1029(c)(1)(C)**
**18 U.S.C. § 1030(j)**
**18 U.S.C. § 982(a)(2)(B)**

**UNITED STATES OF AMERICA**

**v.**

**JESNEY ELIASSAINT,**

  **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about October 1, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## JESNEY ELIASSAINT,

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 2

On or about October 1, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESNEY ELIASSAINT,**

did knowingly and intentionally access a computer without authorization and exceed authorized access to a computer, and thereby did obtain information from any protected computer, that is, names, dates of birth, and social security numbers issued to other persons, for the purpose of private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(2)(B)(i), and 2.

## COUNT 3

From in or around July 2013, through on or about June 9, 2014, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESNEY ELIASSAINT,**

did knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 4

On or about October 1, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JESNEY ELIASSAINT,**

during and relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name, date of birth, and social security number of "S.S.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### COUNT 5

On or about October 1, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JESNEY ELIASSAINT,

during and in relation to a felony violation of Title 18, United States Code, Section 1030(a)(2)(C), that is, knowingly and intentionally accessing a computer without authorization and exceeding authorized access to a computer, and by such conduct obtaining information from a protected computer, that is names, dates of birth, and social security numbers issued to other persons, for the purpose of private financial gain, as charged in Count 2, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the name, date of birth, and social security number of "R.P.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JESNEY ELIASSAINT**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1029 and 1030, the defendant shall forfeit to the United States of America:  (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violations, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(j)(2); and (b) any personal property used, or intended to be used, to commit or to facilitate the commission of such offenses, pursuant to Title 18, United States Code, Sections 1029(c)(1)(C) and 1030(j)(1).

3.      The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 1030(j), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

4

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| **vs.** | |
| | ## CERTIFICATE OF TRIAL ATTORNEY* |
| **JESNEY ELIASSAINT,** | |
|     **Defendant.** | |
| _____ / | **Superseding Case Information:** |

**Court Division:** (Select One)

<table>
<tr><td></td><td></td><td></td><td>New Defendant(s)</td><td>Yes _____ No _____</td></tr>
<tr><td>_x_</td><td>Miami</td><td>____ Key West</td><td>Number of New Defendants</td><td>_____</td></tr>
<tr><td>____</td><td>FTL</td><td>____ WPB ____ FTP</td><td>Total number of counts</td><td>_____</td></tr>
</table>

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No____
   List language and/or dialect    _____

4. This case will take    _3-4_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _x_ | | Petty | _____ |
| II | 6 to 10 days | _____ | | Minor | _____ |
| III | 11 to 20 days | _____ | | Misdem. | _____ |
| IV | 21 to 60 days | _____ | | Felony | _x_ |
| V | 61 days and over | _____ | | | |

6. Has this case been previously filed in this District Court?  (Yes or No)   No____
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   Yes____
   If yes:
   Magistrate Case No.    15-MJ-2378-Simonton
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No____

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    _x_ No

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501892

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  **JESNEY ELIASSAINT**

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years of Imprisonment

Count #: 2

Computer Fraud

Title 18, United States Code, Sections 1030(a)(2)(C) and 1030(c)(2)(B)(i)

**\*Max. Penalty:** 5 Years of Imprisonment

Count #: 3

Use of One or More Unauthorized Access Devices to Obtain Anything of Value Aggregating $1,000 or More

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 Years of Imprisonment

Counts #: 4–5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years of Imprisonment Consecutive to Any Other Sentence

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**